# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
### Civil Action No: 3:05CV80

**JAMES E. and DEBRA F. GREEN,**

              **Plaintiffs,**

v.

**ORDER**

**KPMG, LLP,** *et al.*,

              **Defendants.**

Having considered the plaintiffs' Consent Motion to Permit Certain Documents to be Filed Under Seal, it is hereby:

**ORDERED** that the motion is **GRANTED**;

**ORDERED** that plaintiff or Wachovia Bank, N.A. may file their Settlement Agreement in this case under seal; and

**ORDERED** that any party or Wachovia may file submissions regarding the Settlement Agreement in this case under seal.

**SO ORDERED.**

C-963999v1 15203.00105

Signed: December 16, 2005

*Carl Horn, III*

Carl Horn, III
United States Magistrate Judge