IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:05cv79, 3:05cv80, 3:05cv87

| | |
|---|---|
| ROBERT D. GREEN et al, )<br>    Plaintiffs, )<br>  v. )<br>    )<br>KPMG, LLP et al, )<br>    Defendants. )<br>    )<br>  And )<br>    )<br>JAMES E. GREEN et al, )<br>    Plaintiffs, )<br>    )<br>  v. )<br>    )<br>KPMG, LLP et al, )<br>    Defendants. )<br>    )<br>  And )<br>    )<br>STEPHEN R. PUCKETT et al, )<br>    Plaintiffs, )<br>    )<br>  v. )<br>    )<br>KPMG, LLP et al, )<br>    Defendants. ) | ORDER |

**THIS MATTER** comes before the Court sua sponte for purposes of recusal in the above-captioned cases and reassignment to another judge.

The Clerk of Court is hereby directed to reassign the above-captioned cases to another judge.

Signed: March 24, 2006

*Robert J. Conrad Jr.* (signature)

Robert J. Conrad, Jr.
United States District Judge