**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION**

| | | |
|---|---|---|
| STEPHEN R. PUCKETT, BETH W. PUCKETT, and P IV LIMITED PARTNERSHIP, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | **CIVIL ACTION NO: 3:05 CV-87** |
| KPMG, LLP; WILLIAM L. SPITZ; WACHOVIA BANK, N.A., successor by merger to FIRST UNION NATIONAL BANK, N.A.; QA INVESTMENTS, LLC; and QUELLOS GROUP, LLC, | ) ) ) ) ) | |
| Defendants. | ) ) ) | |
| _____ | ) | |
| CHARLES A. PATTON, individually and as Trustee of the CAP Children's Irrevocable Trust and as custodian of L.V.P. and R.A.P.; BARBARA J. PATTON; WILLIAM A. PATTON; PATTON ASSOCIATES, LP; LBC INVESTMENTS LLC; and LINDA G. WATKINS, | ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | **CIVIL ACTION NO: 3:05 CV-88** |
| FIRST UNION NATIONAL BANK, N.A. a/k/a WACHOVIA BANK, N.A.; KPMG, LLP; QA INVESTMENTS, LLC; QUELLOS GROUP, LLC., as successor in interest to QUADRA CAPITAL MANAGEMENT, LP; QUELLOS CAPITAL MANAGEMENT, LP, as successor in interest to QUADRA CAPITAL MANAGEMENT, LP; QUADRA ADVISORS, LLC; QUADRA ASSOCIATES, LLC a/k/a QUELLOS FINANCIAL ADVISORS, LLC; RALPH E. LOVEJOY, II; PILLSBURY WINTHROP LLP f/k/a PILLSBURY MADISON & SUTRO, LLP; and PRICEWATERHOUSECOOPERS, LLP, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) ) | |

| | |
|---|---|
| JAMES E. GREEN and DEBRA F. GREEN, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) **CIVIL ACTION NO: 3:05 CV-79** |
| v. | ) |
| | ) |
| KPMG, LLP; WACHOVIA BANK, N.A., | ) |
| successor by merger to FIRST UNION | ) |
| NATIONAL BANK, N.A.; QA | ) |
| INVESTMENTS, LLC; AND QUELLOS | ) |
| GROUP, LLC. | ) |
| | ) |
| Defendants. | ) |

_____

| | |
|---|---|
| | ) |
| ROBERT D. GREEN and PAMELA W. | ) |
| GREEN, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) **CIVIL ACTION NO: 3:05 CV-80** |
| v. | ) |
| | ) |
| KPMG, LLP; WACHOVIA BANK, N.A., | ) |
| successor by merger to FIRST UNION | ) |
| NATIONAL BANK, N.A.; QA | ) |
| INVESTMENTS, LLC; AND QUELLOS | ) |
| GROUP, LLC. | ) |
| | ) |
| Defendants. | |

## ORDER ON MOTION TO REMAND

This matter comes before the Court on the joint request of all parties, pursuant to an agreement between and among them, that the Court both vacate the Recommendation entered by the Magistrate and remand all the above-captioned cases without addressing on the merits the jurisdictional issues presented by the motions to remand. The cases have been consolidated for jurisdictional purposes only. It appears to the Court that, given the joint request by the parties to vacate the Recommendation and remand the cases pursuant to agreement, the jurisdictional issues presented by the motions to remand are moot and need not be addressed on the merits.

Now, therefore, it is hereby **ORDERED** as follows:

1.      The Memorandum and Recommendation and Order docketed in Civil Action No. 3:05 CV 79 as docket no. 48; in Civil Action No. 3:05 CV 80 as docket no. 49; in Civil Action No. 3:05 CV 87 as docket nos. 46 and 47; and in Civil Action No. 3:05 CV 88 as docket no. 62 are hereby **VACATED**.

2.      Without addressing the jurisdictional issues presented by the motions to remand, which are now **MOOTED**, each case is hereby REMANDED to the General Court of Justice, Superior Court Division, of Mecklenburg County from whence it was removed;

3.      All other pending motions of the parties as identified in the Memorandum and Recommendation and Order are denied without prejudice to the moving party asserting them in the State Court proceedings;

4.      All parties shall bear their own costs and attorneys' fees; and

5.      The Clerk shall take all actions necessary to effect the remand of these cases.


Signed: April 11, 2006


Lacy H. Thornburg
United States District Judge

CONSENTED TO:

s/ W. James Chandler, Jr.
W. James Chandler, Jr. (N.C. State Bar No. 781)
    jchandler@charlottelawoffice.com
William B. Wallace (N.C. State Bar No. 25736)
    wwallace@charlottelawoffice.com
CHANDLER, HART & WALLACE, P.L.L.C.
Post Office Box 34097
Charlotte, NC 28234
Telephone:  (704) 376-6552
Facsimile:  (704) 372-2003

*Counsel for James E. Green; Debra F. Green; Robert D. Green; and Pamela W. Green*

s/ David S. Rudolf
David S. Rudolf (N.C. State Bar No. 8587)
    dsrudolf@rwf-law.com
RUDOLF WIEDENHOUSE & FIALKO
312 West Franklin Street
Chapel Hill, NC  27516
Telephone:  (919) 967-4900
Facsimile:  (919) 967-4953

*Counsel for Stephen R. Puckett; Beth W. Puckett; and P IV Limited Partnership*

s/ Gary V. Mauney
Gary V. Mauney (N.C. State Bar No. 22190)
garymauney@lewis-roberts.com
LEWIS & ROBERTS, PLLC
128 South Tryon Street, Suite 1100
Charlotte, North Carolina  28202
Telephone:  (704) 347-8990
Facsimile:  (704) 347-8929

*Counsel for Charles A. Patton, individually and as Trustee of the CAP Children's Irrevocable Trust and as custodian of L.V.P. and R.A.P.; Barbara J. Patton; William A. Patton; Patton Associates, LP; LBC Investments LLC; and Linda G. Watkins*

s/ Clinton R. Pinyan
James T. Williams, Jr. (N.C. State Bar No. 4758)
jwilliams@brookspierce.com
James C. Adams, II (N.C. State Bar No. 18063)
jadams@brookspierce.com
Clinton R. Pinyan (N.C. State Bar No. 22260)
cpinyan@brookspierce.com
BROOKS, PIERCE, McLENDON, HUMPHREY & LEONARD, L.L.P.
Post Office Box 26000
Greensboro, North Carolina 27420-6000
Telephone: (336) 373-8850
Facsimile: (336) 378-1001

*Counsel for KPMG LLP*


s/ Robert W. Fuller
Robert W. Fuller (N.C. State Bar No. 10887)
rfuller@rbh.com
Katherine G. Maynard (N.C. State Bar No. 26837)
kmaynard@rbh.com
ROBINSON, BRADSHAW & HINSON, P.A.
101 North Tryon Street, Suite 1900
Charlotte, North Carolina 28246
Telephone: (704) 377-2536
Facsimile: (704) 378-4000

*Counsel for Wachovia Bank, N.A.*


s/ Edward T. Hinson, Jr.
Edward T. Hinson, Jr. (N.C. State Bar No. 7795)
ehinson@jmdlaw.com
JAMES, McELROY & DIEHL, PA
600 South College Street, Suite 3000
Charlotte, North Carolina 28202
Telephone: (704) 372-9870

*Counsel for William L. Spitz*

s/ William L. Rikard
William L. Rikard (N.C. State Bar No. 3701)
williamrikard@parkerpoe.com
Deborah L. Edney (N.C. State Bar No. 24220)
debbieedney@parkerpoe.com
PARKER, POE ADAMS & BERNSTEIN,
L.L.P.
401 South Tryon Street, Suite 3000
Charlotte, North Carolina 28202
Telephone: (704) 372-9000
Facsimile: (704) 334-4706

*Counsel for QA Investments, LLC; Quellos
Group, LLC; Ralph E. Lovejoy; Quellos Capital
Management, LP; Quadra Advisors, LLC and
Quadra Associates, LLC*


s/ James F. Wyatt, III
James F. Wyatt, III (N.C. State Bar No. 13766)
jfw@wyattlaw.net
WYATT & BLAKE LLP
435 East Morehead Street
Charlotte North Carolina 28202
Telephone: (704) 331-0767
Facsimile: (704) 331-0773

*Counsel for Pricewaterhousecoopers, LLP*


s/ Thomas G. Hooper
Thomas G. Hooper (N.C. State Bar No. 25571)
tom.hooper@nelsonmullins.com
NELSON MULLINS RILEY &
SCARBOROUGH, LLP
100 North Tryon Street, Suite 2400
Charlotte North Carolina 28202
Telephone: (704) 417-3000
Facsimile: (704) 377-4814

*Counsel for Pillsbury Winthrop LLP*